```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**MOSTAFA MOHAMMAD YUSUF and NASRIN AIMAQ-YUSUF,**<br><br>    **Debtors.**<br>_____/ | Case No. 12-43555 RE<br><br>Chapter 13<br><br>**MOTION TO VALUE SECURITY OF BANK OF AMERICA AS SUCCESSOR TO COUNTRYWIDE HOME LOANS, INC. AND HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA** |

Debtors Mostafa Yusuf and Nasrin Aimaq-Yusuf ("Debtors") hereby move the court to value the second claim of Bank of America as successor to Countrywide Home Loans, Inc. ("Bank of America") and the third claim of Household Finance Corporation of California ("HFC") secured by a lien against Debtors' property located at 6039 Radcliff Avenue, Newark, CA 94560 ("the property").

1. This motion is based on the petition, schedules, and documents on file herein, and the Memorandum of Points and Authorities in Support of the Motion and Declaration of Debtor in Support of the Motion filed herewith.

2. As stated in the attached Declaration, at the time of filing, Debtors' residence was worth less than the first lien against the property.

3. Bank of America holds the second lien against the property.

4. HFC holds the third lien against the property.

Based on the foregoing, and for the reasons stated in the attached Memorandum of Points and Authorities, Debtors pray that:

1. For purposes of Debtors' chapter 13 plan only, the court value Bank of America's and HFC's liens at zero, hold that Bank of America and HFC do not have a secured claim, and hold that Bank of America's and HFC's liens may not be enforced, pursuant to 11 U.S.C. §§ 506 and 1327, FRBP 3012, and the United States Bankruptcy Court for the Northern District of California's Guidelines for Avoiding Liens in Individual Chapter 11 Cases and Chapter 13 Cases; and

2. Upon entry of a discharge in Debtors' chapter 13 case, the liens shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the liens.

Dated: May 18, 2012         /s/     Anne Y. Shiau
                                    ANNE Y. SHIAU
                                    Attorney for Debtors