```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-43555 RE** |
| **MOSTAFA MOHAMMAD YUSUF and NASRIN AIMAQ-YUSUF,** | **Chapter 13** |
| **Debtors.** | **DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN** |

I, Nasrin Aimaq-Yusuf, declare:

    1. I am one of the debtors in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on April 23, 2012, I was the owner of the real property located at 6039 Radcliff Avenue, Newark, CA 94560 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $420,400.00.

    5. The property is encumbered by a First Deed of Trust which was recorded in Alameda County on or about April 22, 2005 as document 2005159417 in favor of Countrywide Home Loans, Inc. ("Countrywide"),

as evidenced by the face page of the recorded deed of trust, a copy of which is attached as Exhibit A and made a part hereof.

6. The First Deed of Trust was assigned to Bank of America, N.A. as successor to Countrywide as recorded in Alameda County on or about April 9, 2012 as document number 2012117443, as evidenced by the recorded Assignment of Deed of Trust, a copy of which is attached as Exhibit B and made a part hereof.

7. I owed approximately $606,015.74 to Bank of America Home Loans, a division of Bank of America, N.A., as successor to Countywide ("Bank of America"), the first position creditor, as evidenced by my April 2012 mortgage statement issued by Bank of America, a copy of which is attached as Exhibit C and made a part hereof.

8. According to document 2005159418 which was recorded in Alameda County on or about April 22, 2005, Countrywide Home Loans, Inc. is also the beneficiary of a Second Deed of Trust against the property, as evidenced by the face page of the recorded deed of trust, a copy of which is attached as Exhibit D and made a part hereof.

9. I owed approximately $70,551.12 to Bank of America Home Loans, a division of Bank of America, N.A., as successor to Countywide Home Loans, Inc., the second position creditor, as evidenced by my April 2012 mortgage statement issued by Bank of America, a copy of which is attached as Exhibit E and made a part hereof.

10. According to document 2005508912 which was recorded in Alameda County on or about November 29, 2005, Household Finance Corporation of California ("HFC") is the beneficiary of a Third Deed of Trust against the property, as evidenced by the face page of the

1 | recorded deed of trust, a copy of which is attached as Exhibit F and
2 | made a part hereof.
3 |     11. I owed approximately $38,589.68 to HFC, the third position
4 | creditor, as evidenced by my April 2012 mortgage statement issued by
5 | HFC, a copy of which is attached as Exhibit G and made a part hereof.
6 |     I declare under penalty of perjury under the laws of the State of
7 | California that the foregoing is true and correct.
8 | Dated: May 18, 2012      /s/ Nasrin Aimaq-Yusuf
    NASTRIN AIMAQ-YUSUF