**ROUTH CRABTREE OLSEN, PS**
EDWARD T. WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE, #251869
KRISTI M. WELLS, ESQUIRE, #276865
KRISTIN S. WEBB, ESQUIRE, #258475
RENEE M. PARKER, ESQUIRE, #256851
NANCY LY, ESQUIRE # 272035
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-277-4937 / Fax (714) 277-4899
RCO# 24107

Attorney for Creditor
BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| In Re:<br>Mostafa Mohammed Yusuf<br>Nasrin Aimaq-Yusuf<br><br>Debtors. | No. 12-43555-RLE<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, BANK OF AMERICA, N.A. requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

Jonathan J Damen
Routh Crabtree Olsen, PS
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
PH 714-277-4937

Dated: July 19, 2012

Routh Crabtree Olsen, PS
By: /s/ Jonathan J Damen
Attorneys for Creditor

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

Mostafa Mohammed Yusuf
6039 Radcliff Avenue
Newark, CA 94560

Nasrin Aimaq-Yusuf
6039 Radcliff Avenue
Newark, CA 94560

**ELECTRONIC SERVICE:**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004
13trustee@oak13.com

US Trustee (OAK)
Office of the U.S. Trustee /Oak /
Oakland, CA 94612
USTPRegion17.OA.ECF@usdoj.gov

Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610
pat@patforte.com

Service was made on August 6, 2012 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: /s/ Isaac Choi