Cori B. Jones, Esq.
CA Bar No. 261018
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 13-02654

Attorneys for Secured Creditor
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In Re, <br> MOSTAFA MOHAMMED YUSUF AND <br> NASRIN AIMAQ-YUSUF, <br><br> Debtor(s). | BK No.: 12-43555-RLE <br><br> Chapter 13 <br><br> **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BANK OF AMERICA, N.A., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

Cori B. Jones, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
PH (714) 481-9100

Dated: JUL 0 1 2014

MILES, BAUER, BERGSTROM & WINTERS, LLP

By: /s/ Cori B. Jones
Cori B. Jones, Esq.
Attorney for Secured Creditor

(13-02654/ndrfsn.dot/sbs)