**PITE DUNCAN, LLP**
Robert P. Zahradka (SBN 282706)
ecfcanb@piteduncan.com
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MOSTAFA MOHAMMED YUSUF AND NASRIN AIMAQ-YUSUF,<br><br>Debtors. | Case No. 12-43555<br><br>Chapter 13<br><br>**WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE FOR BCAT 2014-9TT'S REQUEST FOR SPECIAL NOTICE** |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the firm of PITE DUNCAN, LLP, attorneys for WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1    PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master
2    Mailing List in this case, the following address be used:

3    PITE DUNCAN, LLP
     4375 Jutland Drive, Suite 200
4    P.O. Box 17933
     San Diego, CA 92177-0933
5

6    Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,
7    proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of
8    the within party's:

9    a.   Right to have any and all final orders in any and all non-core matters entered only
10   after de novo review by a United States District Court Judge;

11   b.   Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant
12   proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the
13   instant proceeding. This Request for Special Notice shall not operate as a confession and/or
14   concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either
15   expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as
16   its agent for purposes of service under Fed. R. Bankr. P. 7004;

17   c.   Right to trial by jury in any proceeding as to any and all matters so triable herein,
18   whether or not the same be designated legal or private rights, or in any case, controversy or
19   proceeding related hereto, notwithstanding the designation or not of such matters as "core
20   proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to
21   statute or the United States Constitution;

22   d.   Right to have the reference of this matter withdrawn by the United States District
23   Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

24   /./.

25   /././

26   /././

27   /././

28   /././

e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

PITE DUNCAN, LLP

Dated: November 20, 2014   /s/ Robert P. Zahradka
Attorneys for WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **REQUEST FOR SPECIAL NOTICE** was served on November 21, 2014. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

**DEBTORS**

Mostafa Mohammed Yusuf
Nasrin Aimaq-Yusuf
6039 Radcliff Avenue
Newark, CA 94560

**DEBTORS' ATTORNEY**
**(via electronic notice)**

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**TRUSTEE**
**(via electronic notice)**

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2014        /s/ Max A. Dobson
                                MAX A. DOBSON