Robert P. Zahradka (SBN 282706)
rzahradka@piteduncan.com
Joseph C. Delmotte (SBN 259460)
jcdelmotte@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant,
Wilmington Savings Fund Society, FSB,
doing business as Christiana Trust, not in its
individual capacity but solely as legal title
Trustee for BCAT 2014-9TT

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MOSTAFA MOHAMMED YUSUF AND NASRIN AIMAQ-YUSUF,<br><br>Debtors. | Case No. 12-43555-RLE<br><br>Chapter 13<br><br>R.S. No. ALG-109<br><br>**STIPULATION GRANTING ADEQUATE PROTECTION**<br><br>United States Bankruptcy Court<br>Northern District of California - Oakland Division<br>1300 Clay Street<br>Oakland, CA 94612 |

This Stipulation is entered into by and between the Secured Creditor, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT (hereinafter "Movant"), and Mostafa Mohammed Yusuf and Nasrin Aimaq-Yusuf (hereinafter "Debtors") by and through their respective attorneys of record.

- 1 -
CASE NO. 12-43555-RLE
**STIPULATION FOR GRANTING ADEQUATE PROTECTION**

The property which is the subject of this matter is commonly known as 6039 Radcliffe Ave, Newark, California 94560-2441, which is more fully described as follows:

> SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 39.

THE PARTIES STIPULATE AS FOLLOWS:

1. Debtors shall tender regular monthly payments in the amount of $3,479.73, which amount is subject to change, pursuant to the terms of the subject Note (the "Note"), commencing May 1, 2015, and continuing until all such outstanding amounts under the Note are to be paid in full.

2. The post-petition arrears are calculated as follows:

| | |
|---|---|
| 4 payments @ $3,479.73 (01/01/2015 – 04/01/2015) | $13,918.92 |
| Attorney Fees | $1,026.00 |
| Suspense Balance | <$918.23> |
| Total Arrears | $14,026.69 |

3. In addition to regular monthly payments, Debtors shall also tender payments in the sum of $14,026.69, commencing May 15, 2015 in the amount of $2,337.78 each, and continuing through and including September 15, 2015, including a final payment due October 15, 2015 in the amount of 2,337.79, when all post-petition arrears due and owing under the Note, are paid in full. Payments are to be remitted to:

> **Rushmore Loan Management Services**
> **P.O. Box 52708**
> **Irvine, CA 92619-2708**

4. If Debtors' provide proof of additional post-petition payments received and negotiated by Movant, the requirement to make an additional payment pursuant to paragraph three (3) herein shall be revised accordingly.

5. Debtors shall maintain real property taxes and real property hazard insurance paid current for the Real Property, and provide proof of said insurance on a timely basis.

6. Debtors shall comply with the terms and conditions of their Chapter 13 Plan with respect to the payments to the Chapter 13 Trustee.

7. In the event of any future default on any of the above-described provisions, inclusive of this Stipulation, Movant shall provide written notice to Debtors at Mostafa Mohammed Yusuf and Nasrin Aimaq-Yusuf at 6039 Radcliffe Ave, Newark, California 94560-2441, and to Debtors' attorney of record, Patrick L. Forte, at Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612-3610, indicating the nature of the default. If Debtors' fail to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

8. The acceptance by Movant of a late or partial payment shall not act as a waiver of Movant's right to proceed hereunder.

9. Movant shall comply with the above provisions as to first three (3) defaults. Upon the fourth (4th) default, Movant may lodge a Declaration and Order Terminating the Stay without the necessity of further hearing. Upon termination of the automatic stay, Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law, and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

10. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

/././

Case: 12-43555   Doc# 41   Filed: 04/22/15   Entered: 04/22/15 06:58:24   Page 3 of 7

11. Relief from the Automatic Stay is granted as to the Chapter 13 Trustee, Martha G. Bronitsky.

12. Any notice that Movant shall give to Debtors, or attorney for Debtors, pursuant to this Order shall not be construed as a communication under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

IT IS SO STIPULATED:

DATED: 4/21/2015

PITE DUNCAN, LLP

/s/
ROBERT P. ZAHRADKA
Attorneys for WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE FOR BCAT 2014-9TT

DATED: April 21, 2015

LAW OFFICES OF PATRICK L. FORTE

~~Patrick L. Forte~~ ANNE Y. SHIAU
Attorneys for Debtors

- 4 -
CASE NO. 12-43555-RLE
**STIPULATION FOR GRANTING ADEQUATE PROTECTION**

```
 1  Robert P. Zahradka (SBN 282706)
    rzahradka@piteduncan.com
 2  Joseph C. Delmotte (SBN 259460)
    jcdelmotte@piteduncan.com
 3  **PITE DUNCAN, LLP**
    4375 Jutland Drive, Suite 200
 4  P.O. Box 17933
    San Diego, CA 92177-0933
 5  Telephone: (858) 750-7600
    Facsimile:  (619) 590-1385
 6

 7  Attorneys for Wilmington Savings Fund Society,
    FSB, doing business as Christiana Trust, not in its
 8  individual capacity but solely as legal title Trustee
    for BCAT 2014-9TT
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 12-43555-RLE |
| MOSTAFA MOHAMMED YUSUF AND NASRIN AIMAQ-YUSUF, | Chapter 13 |
| | R.S. No. ALG-109 |
| Debtors. | **PROOF OF SERVICE** |

I, Max Dobson, declare that:

I am employed in the County of San Diego, California.  My business address is:  4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this cause.

On April 22, 2015, I caused the following documents:

- **Stipulation Granting Adequate Protection**

- **(Proposed) Order on Stipulation Granting Adequate Protection**

o be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

/./././

/././/

- 1 -    CASE NO. 12-43555-RLE
**PROOF OF SERVICE**

| | |
|---|---|
| 1 | |
| 2 | **DEBTORS**<br>Mostafa Mohammed Yusuf<br>Nasrin Aimaq-Yusuf<br>6039 Radcliff Avenue<br>Newark, CA 94560<br>(Via U.S. Mail) |

**DEBTORS**
Mostafa Mohammed Yusuf
Nasrin Aimaq-Yusuf
6039 Radcliff Avenue
Newark, CA 94560
(Via U.S. Mail)

**DEBTORS' ATTORNEY**
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610
(Via U.S Mail)

**TRUSTEE**
Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566
13trustee@oak13.com
(Via NEF)

**U.S. TRUSTEE**
U.S. Trustee
Department of Justice
USTPRegion17.oa.ecf@usdoj.gov
(Via NEF)

**OTHER INTERESTED PARTIES**
Bank of America
P.O. Box 26078
Greensboro, NC 27420-6078

Bank of America, NA
P.O. Box 515501
Los Angeles, CA 90051-6801

HFC
PO Box 5608
Glendale Heights, IL 60139

Bank of America
PO Box 515503
Los Angeles, CA 90051-6803

/./././

/./././

Bank of America
PO Box 515504
Los Angeles, CA 90051-6804

HFC
PO Box 60101
City of Industry, CA 91716-0101

HFC
PO Box 3425
Buffalo, NY 14240-9733
(Via U.S Mail)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2015        /s/ Max Dobson
                             MAX DOBSON