B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

               NORTHERN      District Of   CALIFORNIA (Oakland)

In re  MOSTAFA M. YUSUF / NASRIN AIMAQ-YUSUF,   Case No. 12-43555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Real Time Resolutions, Inc. as agent for RRA CP OPPORTUNITY TRUST 1
**Name of Transferee**

Real Time Resolutions, Inc
**Name of Transferor**

Name and Address where notices to transferee should be sent:
Real Time Resolutions, Inc.
1349 Empire Central Dr. Suite 150
Dallas, TX 75247

Phone: 888-741-1124
Last Four Digits of Acct #: 4162

Court Claim # (if known): 6
Amount of Claim: $58,497.61
Date Claim Filed: 05/07/2012

Phone: 888-741-1124
Last Four Digits of Acct. #: 4162

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc.
PO Box 35888
Dallas, TX 75235
Phone: 888-741-1124
Last Four Digits of Acct #: 4162

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Rose Velasquez          Date: 07/28/2016
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

__NORTHERN__ District Of __CALIFORNIA (Oakland)__

In re MOSTAFA M. YUSUF / NASRIN AIMAQ-YUSUF, Case No. 12-43555

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __6__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

Real Time Resolutions, Inc

Name of Transferee

Real Time Resolutions, Inc. as agent for RRA CP OPPORTUNITY TRUST 1

Address of Alleged Transferor:
Real Time Resolutions, Inc.
1349 Empire Central Dr. Suite 150
Dallas, TX 75247

Address of Transferee:
Real Time Resolutions, Inc.
1349 Empire Central Dr. Suite 150
Dallas, TX 75247

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION OF CALIFORNIA

In re:
MOSTAFA YUSUF
NASRIN AIMAQ-YUSUF

)
) CHAPTER 13
) CASE NO. 12-43555
)

Debtors

## CERTIFICATE OF SERVICE

I hearby certify that I have served a copy of the within and foregoing transfer of claim upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

PATRICK FORTE
Attorney at Law
LAW OFFICES OF PATRICK L FORTE
1 KAISER PLZ STE 480
Oakland, CA 94612-3686

MARTHA G BRONITSKY
Standing Chapter 13 Trustee
PO BOX 9077
Pleasanton, CA 94566-

Dated 07/28/2016

By: Rose Velasquez

Real Time Resolutions, Inc.
1349 Empire Central, Suite 150
Dallas, TX 75247